Dana N. Gwaltney, SBN 209530
Sara J. Romano, SBN 227467
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, CA 94104
Telephone:   (415) 544-1900
Facsimile:   (415) 391-0281

Attorneys for Defendants
GUIDANT CORPORATION
and GUIDANT SALES CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA FORBES, successor in interest to the Estate of ROBERT FORBES; JAMES BAGWELL; RICHARD GENTON; CAROL LEGEROS, successor in interest to the Estate of CHRIS LEGEROS; and CHARLENE SHULTS,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GUIDANT CORPORATION, an Indiana corporation; GUIDANT SALES CORPORATION, an Indiana sales corporation; and DOES 1-25,<br><br>　　　　　　　Defendants. | Case No. 2:05-CV-02113-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISCONTINUATION OF DEADLINES TO ANSWER OR OTHERWISE RESPOND AND TO PARTICIPATE IN PRETRIAL PROCEEDINGS** |

　　　IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the deadlines for Defendants to answer or otherwise respond to the Complaint, and for the parties to participate in pretrial proceedings, will be discontinued and will be set by the MDL transferee district court in the District of Minnesota ("MDL Court") that will be managing the recently-created multidistrict litigation entitled *In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation.*

　　　This case is one of more than 75 cases filed against Defendants in federal courts around the country. On November 7, 2005, pursuant to 28 U.S.C. §1407, the Judicial Panel on Multidistrict

1  Litigation entered a Transfer Order establishing an MDL and consolidating and transferring a
2  number of cases to the MDL Court.  A copy of the Transfer Order is attached as Exhibit A.  This
3  case has been identified as a tag-along action to be transferred to the MDL.  A copy of the Notice of
4  Potential Tag-Along Actions that included this case is attached as Exhibit B.  Defendants expect this
5  case to be transferred to the MDL Court in the near future.

6  The current deadline for Defendants to answer or otherwise respond to the Complaint is
7  November 14, 2005.  The upcoming pretrial deadlines are as follows:  December 30, 2005 – last day
8  to meet and confer regarding proposed discovery plan; January 9, 2006 – last day to file and serve
9  joint status report; and January 23, 2006 – pretrial scheduling conference.

10  In the short intervening time between now and the transfer of this case to the MDL Court, the
11  time and resources of the parties and this Court should not be expended in preparing answers or
12  other responses and participating in pretrial proceedings.

13  Pursuant to this stipulation, the parties agree that the current deadlines for Defendants to
14  answer or otherwise respond to the Complaint and for the parties to participate in pretrial
15  proceedings are discontinued and will be set by the MDL Court.

16  IT IS SO STIPULATED.

17
18  November __, 2005                                    KERSHAW, CUTTER & RATINOFF, L.L.P.

19
20                                                              By: _____
                                                                         STUART C. TALLEY

21                                                              Attorneys for Plaintiffs
22                                                              JUANITA FORBES *et al.*

23  November __, 2005                                    SHOOK, HARDY & BACON L.L.P.
24
25                                                              By: _____
26                                                                         DANA N. GWALTNEY
                                                                           SARA J. ROMANO
27                                                              Attorneys for Defendants
                                                                GUIDANT CORPORATION and
28                                                              GUIDANT SALES CORPORATION

## **ORDER**

IT IS HEREBY ORDERED, in accordance with the agreement between the parties, that the current deadlines for Defendants to answer or otherwise respond to the Complaint and for the parties to participate in pretrial proceedings are discontinued and will be set by the MDL transferee district court in the District of Minnesota.

DATED: November 15, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge