# United States District Court
## District of Minnesota

Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415



JAN - 9 2006

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY

RICHARD D SLETTEN, CLERK
(612) 664-5000

January 5, 2006

Mr. Jack L. Wagner, Clerk
United States District Court
Robert T. Matsui United States Courthouse
501 I Street, Suite 4-200
Sacramento, CA 95814-7300

2:05cv2113 GEB DAD

In re:  MDL-1708 -- In re Guidant Corp. Implantable Defibrillators Products Liability Litigation
YOUR CASE NUMBER: C.A. No. CAE 2 05-2113 James Bagwell et al. v. Guidant Corp.
DISTRICT OF MINNESOTA CASE NUMBER: 06cv20 DWF/AJB

Dear Mr. Wagner:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on January 3, 2006. Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

Very truly yours,

RICHARD D. SLETTEN, CLERK

*Mary Kaye Conery*
Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc: Judge Donovan W. Frank
    Judicial Panel on Multidistrict Litigation



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 2 2005

FILED
CLERK'S OFFICE

RECEIVED
BY MAIL

JAN 03 2006

CLERK US DIST COURT
MINNEAPOLIS MN

DOCKET NO. 1708

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On November 7, 2005, the Panel transferred four civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Donovan W. Frank.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Frank.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of November 7, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Donovan W. Frank.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 28 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true printed copy in ___4___ sheet(s) of the electronic [...] filed on JAN 03 2006 in the United States District Court for the District of Minnesota.

CERTIFIED JAN 0 5 2006, 20___

BY: RICHARD D. SLETTEN
   Deputy Clerk

SCANNED
JAN 3 2006
U.S. DISTRICT COURT MPLS

Case 0:05-md-01708-DWF-AJB Document 712 Filed 01/03/2006 Page 2 of 5
Case 2:05-cv-02113-GEB-DAD Document 12 Filed 01/23/06 Page 3 of 5

Page 1 of 3

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1708
## IN RE GUIDANT CORP. IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 05-8070 | Theodore Cohen v. Guidant Corp. |
| CAC 5 05-760 | Leonard Mayem v. Guidant Corp. |
| CAC 5 05-964 | Sharon Williams-Datcher v. Guidant Corp., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 05-1317 | Fred Corfee v. Guidant Corp., et al. |
| CAE 2 05-2113 | James Bagwell, et al. v. Guidant Corp., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 05-3042 | Alphonzo Allen v. Guidant Corp. |
| CAN 3 05-3160 | Lorraine Furtado, et al. v. Guidant Corp., et al. |
| CAN 3 05-3279 | Sheila Ettinger v. Guidant Corp., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 05-1875 | Johnnie Carter v. Guidant Corp. |
| CAS 3 05-1956 | Leopoldo Duron, Jr. v. Guidant Corp., et al. |
| CAS 3 05-1957 | Annette Scott v. Guidant Corp., et al. |
| **COLORADO** | |
| CO 1 05-1645 | Oren Urich v. Guidant Corp., et al. |
| **CONNECTICUT** | |
| CT 3 05-1516 | Gary DeRose v. Guidant Corp. |
| **FLORIDA MIDDLE** | |
| FLM 2 05-445 | Alfred Fuller v. Guidant Corp. |
| FLM 3 05-728 | Robert Earl Smith, etc. v. Guidant Corp. |
| FLM 5 05-379 | Richard James Rebone v. Guidant Corp., et al. |
| FLM 6 05-1683 | Steve Gaydos, et al. v. Guidant Corp., et al. |
| FLM 8 05-1456 | Robert Haberle v. Guidant Corp., et al. |
| FLM 8 05-1606 | Kenneth J. Pepper v. Guidant Corp., et al. |
| **FLORIDA NORTHERN** | |
| FLN 3 05-309 | Anthony Micelli v. Guidant Corp., et al. |
| **FLORIDA SOUTHERN** | |
| FLS 9 05-80850 | Judy Passante v. Guidant Corp., et al. |
| FLS 9 05-80851 | Eric Harkonen, et al. v. Guidant Corp., et al. |
| FLS 9 05-80957 | Paul Jones, et al. v. Guidant Corp., et al. |
| **HAWAII** | |
| HI 1 05-326 | Joseph Soon Kun Kang v. Cardiac Pacemakers, Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 05-4250 | Theresa Shea, etc. v. Guidant Corp., et al. |

Case 2:05-md-02708-DWB-AJB  Document 712  Filed 01/02/2006  Page 4 of 5
Case 2:05-cv-02708-GEB-DAD  Document 712  Filed 01/23/06  Page 4 of 5
SCHEDULE CTO-1 TAG-ALONG ACTIONS (MDL-1708)                                                Page 2 of 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **INDIANA SOUTHERN** | |
| INS 1 05-1082 | Lydia Pierce v. Guidant Corp., et al. |
| INS 1 05-1115 | Christofer Brewster v. Guidant Corp., et al. |
| INS 1 05-1322 | David Acthison v. Guidant Corp., et al. |
| INS 1 05-1353 | Fred Gower, et al. v. Guidant Corp., et al. |
| **LOUISIANA EASTERN** | |
| LAE 2 05-3709 | John J. Legendre v. Guidant Corp. |
| LAE 2 05-3737 | Rodge Westcott, III v. Guidant Corp., et al. |
| LAE 2 05-4016 | Thomas A. Gruber v. Guidant Corp., et al. |
| LAE 2 05-4017 | Emmitt R. Messick v. Guidant Corp., et al. |
| LAE 2 05-4044 | Kenneth R. Casanova v. Guidant Corp., et al. |
| **LOUISIANA MIDDLE** | |
| LAM 3 05-1015 | Joseph Clyde Brown, Jr. v. Guidant Corp. |
| **LOUISIANA WESTERN** | |
| LAW 5 05-1512 | Doris Tisdon, etc. v. Guidant Corp., et al. |
| LAW 5 05-1882 | Patrick Pouncy, et al. v. Guidant Corp., et al. |
| LAW 6 05-1351 | Joyce Broussard Valls, et al. v. Guidant Corp., et al. |
| LAW 6 05-1352 | James W. Eskine v. Guidant Corp., et al. |
| **MAINE** | |
| ME 2 05-182 | Cindy A. Lowry v. Guidant Corp. |
| **MISSOURI WESTERN** | |
| MOW 4 05-785 | Floyd A. Newman, Jr., v. Guidant Corp., et al. |
| MOW 4 05-786 | Fred H. Simon v. Guidant Corp., et al. |
| MOW 4 05-939 | Christopher J. Cipolla v. Guidant Corp., et al. |
| MOW 4 05-1007 | Jerome Terry, Jr. v. Guidant Corp., et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 2 05-149 | Johnny R. Clark v. Guidant Corp., et al. |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 05-720 | Fred M. Lyle, et al. v. Guidant Corp., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 05-275 | Virgil H. Cook, et al. v. Guidant Corp., et al. |
| NCW 3 05-355 | Billy G. Strickland v. Guidant Corp., et al. |
| **NEW HAMPSHIRE** | |
| NH 1 05-400 | Richard Harvey v. Guidant Corp., et al. |
| **NEW JERSEY** | |
| NJ 1 05-4062 | Wolf Schulsinger v. Guidant Corp., et al. |
| NJ 2 05-4195 | Bernard Golden v. Guidant Corp., et al. |
| NJ 2 05-4305 | Herb Cohen, et al. v. Guidant Corp., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 05-2331 | Richard Torre, et al. v. Guidant Corp. |
| NYE 1 05-3397 | Howard Walston, et al. v. Guidant Corp., et al. |
| NYE 2 05-3856 | Melissa J. Poje v. Guidant Corp., et al. |
| ~~NYE 2 05-4927~~ | ~~John Clarke v. Intermedics, Inc., et al.~~ Opposed 12/27/05 |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK NORTHERN** | |
| NYN 5 05-1213 | Phillip Hobb, et al. v. Guidant Corp., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 05-7176 | Michael Thorpe, et al. v. Guidant Corp., et al. |
| NYS 1 05-8296 | Nicholas T. Ortiz, et al. v. Guidant Corp., et al. |
| NYS 1 05-8298 | John Fanzini, et al. v. Guidant Corp., et al. |
| NYS 1 05-8811 | Stacey Webb, et al. v. Guidant Corp., et al. |
| NYS 1 05-8812 | Douglas Marozin v. Guidant Corp., et al. |
| NYS 7 05-8297 | Ellen Markert v. Guidant Corp., et al. |
| **OHIO NORTHERN** | |
| OHN 1 05-1880 | Johnny T. Watts, et al. v. Guidant Corp. |
| OHN 1 05-1898 | Fred J. Stauder, et al. v. Guidant Corp., et al. |
| OHN 1 05-2297 | Johnny W. Western, et al. v. Guidant Corp., et al. |
| OHN 3 05-7440 | Clara Zink, et al. v. Guidant Corp., et al. |
| **OHIO SOUTHERN** | |
| OHS 2 05-703 | Beverly Douglas, et al. v. Guidant Corp., et al. |
| OHS 2 05-763 | Thomas W. Zurek, et al. v. Guidant Corp., et al. |
| **OKLAHOMA NORTHERN** | |
| OKN 4 05-444 | Jean Burke, etc. v. Guidant Corp. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 05-3580 | Steven Perusich v. Guidant Corp., et al. |
| PAE 2 05-4409 | William Jackson, et al. v. Guidant Corp., et al. |
| PAE 2 05-5843 | Geoffrey Bowman, et al. v. Guidant Corp., et al. |
| **PUERTO RICO** | |
| PR 3 05-1888 | Carlos L. Ramirez-Santiago v. Guidant Corp., et al. |
| **SOUTH CAROLINA** | |
| SC 8 05-2811 | Tim R. Whitman, et al. v. Guidant Corp., et al. |
| **TENNESSEE EASTERN** | |
| ~~TNE 2 05-268~~ | ~~Janice Jones, etc. v. Guidant Corp., et al.~~ Opposed 12/27/05 |
| **TEXAS WESTERN** | |
| TXW 7 05-166 | Charles H. Little, et al. v. Guidant Corp., et al. |
| **UTAH** | |
| UT 2 05-873 | Juanita Edge, et al. v. Guidant Corp. |
| **WEST VIRGINIA NORTHERN** | |
| WVN 5 05-151 | Gary Dusch, et al. v. Guidant Corp., et al. |